```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  STEVEN J. SALTIEL (CSBN 202292)
    Assistant United States Attorney
 4  450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
 5  Telephone: (415) 436-6970
    Facsimile:  (415) 436-6570
 6
    Attorneys for Plaintiff
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: CR-91-0639 SBA |
| v. | ) | |
| GUILLERMO LOPEZ, | ) | |
| Defendant. | ) | **ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $1,825.00, accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated: _4/3/12

*[signature]*
SAUNDRA B. ARMSTRONG
United States District Court Judge